# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| MARIE L. SMITH, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> CITIBANK, NA, ) <br> ) <br> Defendant. ) | Case No. 1:23-cv-00621-CFC |

## DEFENDANT'S
## MOTION TO DISMISS COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Citibank, NA ("Citibank"), by and through its undersigned counsel, respectfully moves this Court for an order dismissing the Complaint with prejudice for failure to state a claim upon which relief may be granted. The grounds for this Motion are fully set forth in Citibank's Opening Brief, filed contemporaneously herewith.

| | |
|---|---|
| Dated: July 10, 2023 | Respectfully Submitted, |
| OF COUNSEL | */s/ R. Michael Lindsey* |
| | R. Michael Lindsey (# 2711) |
| Daniel J. McKenna | BALLARD SPAHR LLP |
| BALLARD SPAHR LLP | 919 N. Market Street, 11th Floor |
| 1735 Market Street | Wilmington, Delaware 19801 |
| Philadelphia, PA 19103 | Telephone: (302) 252-4465 |
| Email: mckennad@ballardspahr.com | Facsimile: (302) 252-4466 |
| | Email: LindseyRM@ballardspahr.com |
| | |
| | *Attorneys for Defendant Citibank* |