IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| MARIE L. SMITH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civ. No. 23-621-CFC |
| CITIBANK, | ) ) ) |
| Defendant. | ) ) |

**ORDER**

At Wilmington on this Twenty-fifth day of March in 2024, consistent with the Memorandum Opinion issued this date,

IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss (D.I. 4) is **GRANTED**.

2. The case is **DISMISSED with prejudice**.

3. The Clerk of Court is directed to mark this case **CLOSED**.

_____
Chief Judge